UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 MAY -8 P 4: 26

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br> Plaintiff )<br>  )<br>  )<br> vs. )<br> Cesar Ysidro Rodriguez- )<br> Gomez, et.al )<br>  )<br> Defendant(s) )<br>  ) | CRIMINAL NO. 08mj1270<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Abraham Reyes-Cesareo

DATED: 5-8-08

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by  Rhu Rhu

Deputy Clerk