# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

2008 MAY -8  P 4: 26

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08mj1270 |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | |
| Cesar Ysidro Rodriguez- ) Gomez | RELEASING MATERIAL WITNESS |
| Defendant(s) et al. ) | Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Paciano Cesareo-Gonzalez

DATED: 5-8-08

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____
                **DUSM**

**OR**

W. SAMUEL HAMRICK, JR.  Clerk

by R he Rhn

**Deputy Clerk**